March 13, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

GALP SIERRA VISTA LIMITED PARTNERSHIP AND AMERICAN
MANAGEMENT SERVICES, LLC, Appellants

NO. 14-12-00154-CV                            V.

PENNY HERRING, Appellee

_____

Today the Court heard appellants' motion to dismiss the appeal from the judgment signed by the court below on January 13, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs incurred by reason of this appeal.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.